# Court of Appeals
# of the State of Georgia

ATLANTA, November 21, 2013

*The Court of Appeals hereby passes the following order:*

**A14D0104. ALVIN MOORE v. GEORGIA-PACIFIC CORP.**

On October 24, 2013, Alvin Moore filed an application for discretionary review, seeking to appeal the superior court's September 12, 2013 order affirming the award of the Appellate Division of State Board of Workers' Compensation. We lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of entry of the order to be appealed. See OCGA § 5-6-35 (d). "The requirements of OCGA § 5-6-35 are jurisdictional and this court cannot accept an appeal not made in compliance therewith." *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989); see also *Gable v. State*, 290 Ga. 81, 82-83 (2) (a) (720 SE2d 170) (2011). Because Moore's application was filed 42 days after the superior court's order, it is untimely.[1] This application is therefore DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 11/21/2013*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[1] Moore attempted to file his application with this Court on October 18, 2013, but his application was returned to him because he did not include the requisite fee or pauper's affidavit. This filing was also outside the 30-day period.